UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-05069-RGK | Date | July 13, 2020 |
|---|---|---|---|
| Title | *IN RE ANTOINE R. CHARMOUN* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | NA |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On July 10, 2020, an Appeal Deficiency Notice was filed indicating that the Appellant has failed to file Statement of Issues and Designation of Record, as required by FRBP 8003 and 8009 [6].

Accordingly, the court, on its own motion, orders appellant to show cause **in writing** on or before **July 20, 2020** why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

                                                                                                  :
                                                                    Initials of Preparer   slw